# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

RECEIVED
JUL 20 2015
7-20-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Terrence Hunt
_____
Plaintiff/Petitioner(s)
v.
Chicago Police Department
City of Chicago
_____
Defendant/Respondent(s)

) 15cv6350
) Judge Amy J. St. Eve
) Magistrate Judge Mary M. Rowland
) PC6
)
) ☐ CIVIL RIGHTS COMPLAINT
) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
) ☐ CIVIL COMPLAINT
) pursuant to the Federal Tort Claims Act,
) 28 U.S.C. §§1346, 2671-2680, or other law

I. JURISDICTION

Plaintiff:

A. Plaintiff's mailing address, register number, and present place of confinement. Terry Hunt M14245 P.O Box 999 Pinckneyville Ill 62274

Defendant #1: Pinckneyville C.C

B. Defendant Gary McCarthy
(a) (Name of First Defendant) is employed as
Super Intendent
(b) (Position/Title)
with Chicago Police Department Headquarters
(c) (Employer's Name and Address)
3510 S. Michigan AV Chicago Il, 60653

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: His position is over all the other police, He is the boss, which is employed by the state of Illinois, City of Chicago

(Rev. 7/2010)

1

**Defendant #2:**

C. Defendant Rishi Desai (#10409) is employed as

(Name of Second Defendant)

Chicago Police Officer

(Position/Title)

with Chicago Police Department 7th district

(Employer's Name and Address)

1438 W. 63rd street Chicago Ill 60636

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government? ☒ Yes ☐ No

If you answer is YES, briefly explain: He works for the state of Illinois, city of chicago at the time.

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

Defendant Anthony Sabella (Star #11974) is employed as

(Name of third defendant)

Chicago Police officer with

(Position Title)

Chicago Police Department 7th district

Employer's Name and Address

1438 W. 63rd street Chicago Ill 60636

At the time the claim alleged this complaint arose, Defendant #3 employed by the state, local, or federal government Yes☒ No☐

briefly Explain if yes: He works for the state of Illinois, City of Chicago

(Rev. 7/2010)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: N/A

   B. Approximate date of filing lawsuit: N/A

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

   D. List all defendants: N/A

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

   F. Name of judge to whom case was assigned: N/A

   G. Basic claim made: N/A

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

   I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

E. Is the grievance procedure now completed? YES (X) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (X) NO ( )

G. If your answer is YES:

    1. What steps did you take? I informed the C.P.D that I wanted to file a complaint of excessive force.

    2. What was the result? I was ignored and told I couldn't do that

H. If your answer is NO, explain why not:

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) On september 4, 2013 plaintiff was apprehended on the corner of 66th and halsted, inside the gas stations parking lot for being suspected of carrying a gun.
2) Plaintiff was overwhelmed by several squad cars and surrendered to the authorities having previously ran from them. 3). Plaintiff was apprehended by an officer (defendant) whos identity is currently unknown and was beaten by him and several other officers, even though plaintiff was clearly submissive and compliant. 4) These officers were on duty and thus acted under color of law. 5]. These officers kicked and punched plaintiff all over his head, body and legs all the while yelling "stop resisting" in order to imply that plaintiff was resisting arrest and furthermore to justify their use of excessive force. 6). Officers of supervisory capacities were also present and failed to intervene and or order their subordinates to stop beating the plaintiff. 7) Plaintiff was taken to...

6

Police department on 63rd and loomis in Chicago IL. 8). Plaintiff was denied adequate medical attention despite his cries of agony and pain. 9). Plaintiff was thrown into a filthy cell and was forced to "lie" in an unsanitized cell space that had feces smeared on the wall and urine on the floor. 10) Plaintiff was stripped of his shirt and was also forced to dwell in this cell in the cold. 10) Plaintiffs cruel and unusual punishment was attributed to him making the police officers chase him in pursuit. 11). Plaintiff now suffers from ongoing headaches, blurry vision, difficulty breathing, because of the beating he received on the aforementioned date. 12). Defendants all acted out of malicious and sadistic mindstates to cause pain to the plaintiff. 13). Defendants know that police brutality is an ongoing problem that was, is, and will be well known and documented. Defendants still continue to do nothing about it. 14). Counts: "Excessive force" and the "Conditions of confinement" caused by the defendants violates plaintiffs rights under the 8th and fourteenth amendments of the constitution. The acts of the defendants were the moving force behind plaintiffs injuries. Counts: Inadequate Medical Care/Deliberate Indifference/Failure to implement Policies that adequately train officers/Failure to protect. All counts are attributed to all defendants. Plaintiff will like to incorporate all aforementioned facts herein for support.

7

### Deliberate Indifference

14)(Continued) Those officials of policy making authority failed to adequately put into effect the appropriate policies to ensure that innocent men aren't beaten for no reason. This constitutes deliberate indifference because the officials (defendants) knew that a wide spread and well known systematic deficiency existed and yet did nothing about it violating plaintiffs rights under the 14th amendments and 8th amendments.

15). ### Inadequate Medical Care

Plaintiff was in constant pain and agony following the beating he received by the officers (defendants). Plaintiff complained about his state of pain and the officers (defendants) failed to take him to a medical proffesional for examination or administering of pain medication. This constitutes cruel and unusual punishment and deliberate indifference violating rights secured to plaintiff by the 14th and 8th amendments of the United States Constitution..

16). ### Failure to Protect

Plaintiff was beaten in front of officers of supervisory capacities and yet was not protected at all by their commanding authority. Said defendants condoned the beating and failed to intervene violating plaintiffs rights secured to him by the 8th and 14th amendments of the United States Constitution.

17). <u>Failure to Adequately Train</u>

Those defendants in supervisory and policy making authority have the obligation to implement and put into effect the appropriate policies and or training procedures to train employees on the adequate use of force. Those acts and or omissions by those in policy making positions constitute a reckless disregard of a wide known problem of excessive force and the misuse of this force. The defendants were well aware of this systematic deficiency of inadequate training and education on excessive force making them subjectively aware for the purposes of establishing direct involvement thus violating plaintiffs rights secured to him by the 8th and 14th amendments.

18. <u>Excessive force</u>

Plaintiff was beaten by defendants for no purpouse whatsoever other than to maliciously and sadistically administer pain to plaintiff and not in a good faith effort to restore peace. Defendants applied the use of excessive force solely to retaliate against plaintiff for making them chase him (as told to plaintiff by officers in station). The acts by defendants to beat him in the name of "combating <u>resistance</u>" that was never present after plaintiffs surrendered violated the plaintiffs rights secured to him by the 8th & 14th amendments.

19). All counts, charges and allegations here in are attributed towards all defendants jointly and severally. Defendants identities are currently unknown but plaintiff has reason to believe that defendants identities will be revealed through discovery. Those defendants who cannot be identified are subordinates and or employees of the Chicago Police Department and thus making its officials responsible for their actions.

20) The acts and omissions by the defendants were the ~~direct~~ moving force behind plaintiffs depravation of rights and his physical, mental and emotional injuries.

21). Plaintiff will forever continue to suffer irreperable harm behind the actions described in this claim.

VI. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1). A declaration that plaintiffs rights were violated
2). Costs and attorneys fees related to this civil action
3). $300,000.00 dollars jointly and severally against all defendants both in their official and individual capacities for punitive damages. 4) 500,000.00 (dollars) against all defendants jointly and severally in their individual capacities and official capacities.
5). Any other relief this court deems just equitable and proper.
6). Trial by Jury.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ___3___ day of ___10___, 20_15_

_____
(Signature of Jail House lawyer)

Giovanni Leyva #M44976
Print Name: Jailhouselawyer

_____Terrence Hunt_____
(Signature of plaintiff or plaintiffs)

_____Terrence Hunt_____
(Print name)

_____M14245_____
(I.D. Number)

_____Pinckneyville C.C._____
_____P.O Box 999_____
_____Pinckneyville Ill 62274_____
(Address)

8

STATE OF ILLINOIS )
COUNTY OF Perry )

## AFFIDAVIT

I, Terrence Hunt, being first duly sworn upon oath depose and state the following matters are true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto:

I am filling my 1983 claim

Respectfully Submitted

Terrence Hunt

Subscribed and sworn to before me on the 1st day of May, 2015

_____
Notary

OFFICIAL SEAL
BILLY ROLLA
Notary Public - State of Illinois
My Commission Expires 1/09/2019

STATE OF ILLINOIS
                    SS
COUNTY OF                    IN THE

United States District Court, Northern

District of Illinois, Eastern Division

Terrence Hunt
_____    )
        Respondent             )  15cv6350
                               )  Judge Amy J. St. Eve
           vs                  )  Magistrate Judge Mary M. Rowland
Chicago Police Department      )  PC6
_____    )

## NOTICE OF FILING

TO: United States District Court  TO: 219 S. Dearborn St 20th Fl   TO: _____
    Northern District of Illinois     Chicago Ill 60604                _____
    Eastern Division                  _____                  _____

1 Original & _1_ copy          _5_ copy(ies)               ____ copy(ies)

PLEASE TAKE NOTE that on the _1_ day of _May_, 2015, I have filed, through the U.S. Mail, with the above named parties, the below listed documents (number of copies & originals filed are listed below the addresses of the parties):

1) ___1983_____
2) _____
3) _____
4) _____
5) _____
6) _____
7) _____
8) _____

## AFFIDAVIT OF SERVICE

I, _Terrence Hunt_, being first duly sworn on oath, deposes and avers that he/she has caused the above stated documents in the above stated amounts, to be served upon the above listed parties by placing the same in the U.S. MAIL BOX on Housing Unit #____ located at _Pinckneyville_ Correctional Center in _62274_, IL for delivery as 1st Class Mail.

s/s _Terrence Hunt_
NAME: _Terrence Hunt_
IDOC Reg. No. _M14245_

Subscribed and sworn to before me this _1st_ day of _May_, 2015

NOTARY PUBLIC

Form revised 11/1/01

OFFICIAL SEAL
BILLY ROLLA
Notary Public - State of Illinois
My Commission Expires 1/09/2019