

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**PRISONER CASE**


FILED
JUL 20 2015
7-20-15
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** TERRENCE HUNT

**Defendant(s):** CHICAGO POLICE DEPARTMENT, et al.

**County of Residence:** PERRY

**County of Residence:**

**Plaintiff's Address:**
Terrence Hunt
M-14245
Pinckneyville - PCC
P.O. Box 999
Pinckneyville, IL 62274

**Defendant's Attorney:**
15cv6350
Judge Amy J. St. Eve
Magistrate Judge Mary M. Rowland
PC6

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 550 Civil Rights

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes ☐ No

**Signature:**

**Date:** July 20, 2015