

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED** NF
OCT 0 6 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**FILED**
10/14/2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Terrence Hunt

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: 15cv6350
(To be supplied by the Clerk of this Court)

Chicago Police Department 7th District

~~City of Chicago~~
Anthony Sabella #11474
Rishi Desai #110409

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:          **AMENDED COMPLAINT**

   ✓         **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
             U.S. Code** (state, county, or municipal defendants)

   _____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
             28 SECTION 1331 U.S. Code** (federal defendants)

   _____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Terrence Hunt

   B. List all aliases: NONE

   C. Prisoner identification number: M-14845

   D. Place of present confinement: Pinckneyville C.C.

   E. Address: P.O. Box 999, Pinckneyville, ILL 62274

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: ~~[scribbled out]~~

      Title: ~~[scribbled out]~~

      Place of Employment: ~~[scribbled out]~~

   B. Defendant: Rishi Desai (#110464)

      Title: CPD officer Police Department 7th district

      Place of Employment: Chicago Department 7th district

   C. Defendant: Anthony Sobella/Star #11974

      Title: Chicago police office

      Place of Employment: 1438 W. 63rd Street Chicago, IL 60636

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: N/A

B. Approximate date of filing lawsuit: N/A

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

D. List all defendants: N/A

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: N/A

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) On September 4, 2013 plaintiff was apprehended on the corner of 66th and Halsted, inside the gas stations parking lot for being suspected of carrying a gun.

2.) Plaintiff was overwhelmed by several squad cars and surrendered to the authorities having previously ran from them.

3.) Plaintiff was apprehended by an officer (defendant) who's identity is currently unknown and was beaten by him and several other officers, even though plaintiff was clearly submissive and compliant. 4.) these officers were on duty and two acted under color of Law. 5.) These officers are using the code of silence! ) These officers (Anthony Sqbellq #11974) (Rishi Desai #110409) kicked and punched and put knee's into my neck. Plaintiff all over his head, body and leg's. All the while yelling "Stop" "resisting" arrest and furthermore to justify their use of excessive force. 6.) Officer's of supervisory capacities were also present and failed to intervene and of order their subordinates, to stop beating the plaintiff. 7.) Plaintiff was taken too..... →

police station on 63rd and loomis in chicago ILL.
8.) Plaintiff was denied medical attention, despite his cries of agony and pain. 9.) Plaintiff was thrown into a filthy cell, and was forced to "lie" in an unsanitized cell space that had feces smeared all on the wall and urine on the cell floor. 10.) Plaintiff was stripped of his shirt and was also forced to dwell in this cell in the cold. 11.) Plaintiff was expose to cruel and unusual punishment, was attributed to him making the police officer's chase him in pursuit.

Note:-> 12.) Plaintiff now suffers from ongoing headache's, blurry vision, difficulty breathing, cause of the beating he received on the afore mentioned date.

13) All Defendant's parties acted out of malicious and sadistic mind state to cause pain to the plaintiff.

14) (Counts) ->: Excessive force, and the conditions, of confinement (while police officer's is to be law abide citizen!) caused by the defendants violates plaintiffs rights under the 8th and fourteenth Amendments of the constitution. all counts are attributed to all defendants. Plaintiff will like to incorporate all aforementioned facts herein for support......

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. A declaration that plaintiffs rights were violated
2. Costs and attorneys fees related to this civil action
3. $300,000.00 dollars jointly and sevrally against all defendants both in their official and individual capacities for penitive damages. 4,500,000.00 (dollars) against all defendants jointly and severally in their individual. any other relief this Court teens just proper.
6. Trial by Jury!

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __9__ day of __11__, 20__15__

_____Terry Hunt_____
(Signature of plaintiff or plaintiffs)

Terrence Hunt
(Print name)

M14245
(I.D. Number)

Picneyville C.C
P.O. Box 999
Picneyville, ILL 62274
(Address)

6

United States District Court
Northern District of Illinois
Eastern Division

Terrence Hunt
   Plantiff
     V.
Chicago Police Department 7#District
   Defendant

15cv6350

## Certificate Of Service

I, Terrence Hunt, swear under the penalty of perjury that I served a copy of the attached document on "Chicago Police Department 7#District," "Anthony Sabella #11974" and "Rishi Desai #110409." By placing it in the mail at the "Pinckneyville Correctional Center." ~~~~~~
                                                              Date

                                                    Date 10-01-2015

Signed before me this 1st day of October, 2015.

_Billy Rolla_
Notary

                                                     Terrence Hunt
                                                    Signature

OFFICIAL SEAL
BILLY ROLLA
Notary Public - State of Illinois
My Commission Expires 1/09/2019